UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX A. PABON,<br><br>                    Plaintiff(s),<br><br>       v.<br><br>JOHNS MANVILLE CORP., et al.,<br><br>                    Defendant(s). | 23-CV-8276 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued October 20, 2023, required the parties to file a joint letter and proposed case management plan by December 21, 2023, in advance of an initial pretrial conference on January 3, 2024. *See* Dkt. No. 6. The parties filed the proposed case management plan, but did not file the required status letter. *See* Dkt. No. 7. The proposed case management plan states that the parties consent to conduct all proceedings under the jurisdiction of the assigned Magistrate Judge.

It is hereby **ORDERED** that the parties shall file the required status letter as soon as possible and no later than **December 29, 2023.** Alternatively, the parties shall file the executed consent to proceed before the assigned Magistrate Judge, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, by **December 29, 2023.**

       SO ORDERED.

Dated: December 22, 2023
       New York, New York

                                                                   _____
                                                                            DALE E. HO
                                                                    United States District Judge