UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX A. PABON,<br><br>                     Plaintiff(s),<br><br>v.<br><br>JOHNS MANVILLE CORP., et al.,<br><br>                     Defendant(s). | 23-CV-8276 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    The initial pretrial conference in this matter is scheduled for January 3, 2024, at 11:00 A.M. EST. *See* Dkt. No. 6. The parties filed a proposed case management plan on December 21, 2023, in advance of an initial pretrial conference. *See* Dkt. No. 7. The proposed case management plan states that the parties consent to conduct all proceedings under the jurisdiction of the assigned Magistrate Judge. An order issued December 22, 2023, directed the parties to file a joint status letter or, in the alternative, an executed consent form. *See* Dkt. No. 8. The parties filed the joint status letter, which did not include a statement with respect to proceedings before a Magistrate Judge. *See* Dkt. No. 10.

    It is hereby **ORDERED** that, if the parties do in fact consent to proceed before Magistrate Judge, they shall file the executed consent form, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, by **January 5, 2024.**

    It is further **ORDERED** that the initial pretrial conference scheduled for January 3, 2024, is **ADJOURNED** to **January 10, 2024,** at **4:00 P.M. EST.** The parties shall join the conference by dialing (646) 453 – 4442, and entering the Conference ID: 228 388 703, followed by the pound sign (#).

    SO ORDERED.

Dated: January 2, 2024
       New York, New York

                                                                   DALE E. HO
                                                     United States District Judge