UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX A. PABON,<br><br>                              Plaintiff(s),<br><br>           v.<br><br>JOHNS MANVILLE CORP., et al.,<br><br>                              Defendant(s). | 23-CV-8276 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On December 21, 2023, the parties filed a proposed case management plan and on December 29, 2023, the parties filed a joint status letter, in advance of the initial pre-trial conference scheduled for January 10, 2024.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: January 8, 2024
         New York, New York

                                                                               _____
                                                                                         DALE E. HO
                                                                              United States District Judge